**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COMPLETE OUTSOURCING SOLUTIONS INC.   § Case No. 04-22741-JPC
                                             §
                                             §
Debtor(s)                                    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
ALEX D. MOGLIA                        , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, Room 873
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.   If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 05/31/2012 in Courtroom 680, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/26/2012          By:  /s/ALEX D. MOGLIA
                Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: COMPLETE OUTSOURCING SOLUTIONS INC.   § Case No. 04-22741-JPC
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,582.16 |
| *and approved disbursements of* | $ 600.14 |
| *leaving a balance on hand of* [1] | $ 982.02 |
| **Balance on hand:** | $ 982.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 982.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 395.54 | 0.00 | 107.94 |
| Trustee, Expenses - ALEX D. MOGLIA | 177.97 | 0.00 | 48.57 |
| Attorney for Trustee, Fees - LAW OFFICE OF BRUCE DE'MEDICI PC | 3,025.00 | 0.00 | 825.51 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 982.02 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,954.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | DEPARTMENT OF THE TREASURY / IRS | 11,954.38 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,344,268.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd | 2,813.31 | 0.00 | 0.00 |
| 2 | Kenneth N Thompson | 819,478.58 | 0.00 | 0.00 |
| 3 | Blaise J Wolfrum MD | 515,840.58 | 0.00 | 0.00 |
| 4 | DEPARTMENT OF THE TREASURY / IRS | 3,918.94 | 0.00 | 0.00 |
| 5 | Lease Finance Group | 2,216.75 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                  Case No. 04-22741-JPC
Complete Outsourcing Solutions Inc                                      Chapter 7
      Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez              Page 1 of 3                  Date Rcvd: Apr 27, 2012
                               Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2012.
db           +Complete Outsourcing Solutions Inc,    Blaise Wolfrum,    222 S Riverside Plaza,   Suite 810,
               Chicago, IL 60606-5901
8183093      +ACA International,    P.O. Box 390106,   Minneapolis, MN 55439-0106
8183094      +Alper Services LLC,    60 West Superior Street,   Chicago, IL 60654-4787
8183109      +American Computer Supplies,    11755 Expositian Blvd.,    Los Angeles, CA 90064-1338
8183103      +Arlington Security Co.,    218 East Grovestreet,   Arlington Heights, IL 60005-2043
8183105       Aspire,   PO Box 23007,    Columbus, GA 31902-3007
8183131      +Behavioral Health Care,    1375 East Schaumburg Road, suite 206,    Schaumburg, IL 60194-5166
8713610      +Blaise J Wolfrum MD,    Alex D Moglia,    1325 Remington Rd Suite H,    Schaumburg, IL 60173-4815
8183130      +Blaise Wolfrum,    58 Penney Road,   Barrington, IL 60010-9580
8183092      +CIT,   233 North Michigan Avenue, suite 1800,    Chicago, IL 60601-5802
8183128       Collection Data Systems,    225 First Street, suite 102,    Simi Valley, CA 93065
8183097       Com Ed,   Chicago, IL
8183116       Com Ed,   Bill Payment Center,    Chicago, Illinois 60663
8183104      +Consolidated Public Services,    121 south 17th Street,   PO Box 7001,    Mattoon, IL 61938-7001
8183088      +Department of Police,    8820 Brookfield Avenue,   Brookfield, IL 60513-1602
8183108      +Digital Matrix Systems,    15301 Spectrum Drive, 2nd,   Addison, Texas 75001-6466
8183098      +Equifax,   P.O. Box 4472,    Atlanta, Georgia 30302-4472
8183102      +Focal,   200 North LaSalle Street, suite 100,    Chicago, Illinois 60601-1038
8183099      +Fox Valley Fire Safety,    1730 Berkley Street,   Elgin, IL 60123-7030
8183100      +Goldenberg & Barasch PC,    1121 Lakecook Road, suite M,   Deerfield, IL 60015-5232
8183129       Great Lakes REIT, LP,    c/o Dept. 77-6085,   Chicago, IL 60678-6085
8183089      +IRS,   860 East Algonquin,    Schaumburg, IL 60173-3808
8459546      +Kenneth N Thompson,    3555 Salt Creek,    Arlington Heights, IL 60005-1082
10590821     +Lease Finance Group,    c/o Creditors Rights & Bankruptcy Group,    695 Rancocas Road, Suite 101,
               Westampton, NJ 08060-5626
8183113      +Michael Barilaro,    Atlantic Business Service,   49 Winter Street,    Weymouth, MA 02188-3367
8183121      +Much Shelist,    191 North Wacker Drive, suite 1800,   Chicago, IL 60606-1631
8183111      +Payment, Inc.,    9121 Oakdale Avenue, suite 201,    Chatsworth, Ca 91311-6527
8183112      +Pierre G. Rothstein,    4139 Mainstreet,   Skokie, Illinois 60076-2780
8183091      +Pierre G. Rothstein,    4139 West Main Street,   Skokie, IL 60076-2780
8183115       SBC,   Bill Payment Center,    Chicago, Illinois 60663
8183124     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,   PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court: Nextel,     PO Box 172408,   Denver, CO 80217-2408)
8183117      +State Farm Insurance,    2702 Ireland Grove Road,   Bloomington, IL 61709-0002
8183114       State of Oregon,    Secretary of State,   255 capital Street NE, suite 151,
               Salem, Oregon 97310-1327
8183119      +TAC Collections, Inc.,    401 North Michigan Avenue, suite 1200,    Chicago, IL 60611-4264
8183095      +Verizon Accounts Payable,    770 Elm Street,   Manchester, NH 03101-2102
8183086      +Village of Arlington Heights,    33 South Arlington Heights Road,
               Arlington Heights, IL 60005-1499
8183110      +Waste Management,    1411 Opus Place, suite 400,   Downer Grove, IL 60515-1481
8183127     #+Western Union,    20 Corporate hills drive,   St. Charles, MO 63301-3749
8183101      +Woodfield Lexus,    350 East Golf Road,   Woodfield, IL 60173-4452
8183118      +Woodfiled Lexus, Inc.,    155 West Higgins Road,   Hoffman Estates, IL 60169-4913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8183106      +E-mail/Text: tammie.bennett@wolterskluwer.com Apr 28 2012 01:15:46     CT Corporation,
               PO Box 4349,    Carol Stream, IL 60197-4349
8279650      +E-mail/Text: legalcollections@comed.com Apr 28 2012 01:15:41     ComEd,   2100 Swift Drive,
               Attn Bankruptcy Section/Revenue Manageme,    Oakbrook, IL 60523-1559
8183107       E-mail/Text: jmckee@emdeon.com Apr 28 2012 01:16:48     Express Bill,
               26 Century Blvd, suite 601,    Nashville, TN 37214-4620
8183087       E-mail/Text: cio.bncmail@irs.gov Apr 28 2012 00:44:58     IRS,   Cincinnati, Ohio 45999-0039
8183125       E-mail/Text: bankruptcy@pb.com Apr 28 2012 01:15:45     Pitney Bowes,   2225 American Drive,
               Neenah, WI 54956-1005
8183090       E-mail/Text: bankruptcy@pb.com Apr 28 2012 01:15:45     Pitney Bowes Credit Corp.,
               PO Box 856460,    Louisville, KY 40285-6460
8183123       E-mail/Text: bankruptcy@pb.com Apr 28 2012 01:15:45     Purchase Power,   Box 856042,
               Louisville, KY 40285-6042
8183124       E-mail/Text: appebnmailbox@sprint.com Apr 28 2012 00:49:40     Nextel,   PO Box 172408,
               Denver, CO 80217-2408
8183117      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Apr 28 2012 03:13:20
               State Farm Insurance,    2702 Ireland Grove Road,   Bloomington, IL 61709-0002
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Mandell Menkes & Surdyk LLC
8183132         Peoples Energy
```

```
District/off: 0752-1              User: mgonzalez             Page 2 of 3                  Date Rcvd: Apr 27, 2012
                                  Form ID: pdf006             Total Noticed: 47

8183126*       +ACA International,    Box 390106,    Minneapolis, MN 55439-0106
8183122*       +CT Corporation,    PO Box 4349,    Carol Stream, IL 60197-4349
8183096*       +Pitney Bowes Credit Corp.,    Box 856460,    Louisville, KY 40285-6460
8183120      ##+Chicago Tribune,    PO Box 6490,    Chicago, IL 60680-6490
                                                                                             TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2012**                    **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: mgonzalez           Page 3 of 3             Date Rcvd: Apr 27, 2012
                              Form ID: pdf006          Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2012 at the address(es) listed below:
          Alex D Moglia   amoglia@mogliaadvisors.com, IL31@ecfcbis.com
          Bruce E de'Medici   on behalf of Trustee Alex Moglia bdemedici@gmail.com
          James L Hardemon   on behalf of Creditor Kenneth Thompson bknotices@legalremedieschicago.com,
           jhardemon@legalremedieschicago.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert R Frankenstein   on behalf of Debtor Complete Outsourcing Solutions Inc
           rfrankenstein@gf-lawoffice.com
                                                                                        TOTAL: 5